UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| SCOTT GAGNON, a/k/a Missy Gagnon, | ) |
| | ) |
|     **Plaintiff** | ) |
| | ) |
| v. | ) |
| | )   No. 2:16-cv-00547-GZS |
| CORRECT CARE SOLUTIONS, et al., | ) |
| | ) |
|     **Defendant** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on December 21, 2016, his Recommended Decision (ECF No. 12). Plaintiff filed his Objection to the Recommended Decision (ECF No. 14) on January 3, 2017.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Motion to Amend Complaint (ECF No. 10) is **GRANTED**.

3. It is hereby **ORDERED** that Plaintiff's mail-related claims and claims that Plaintiff attempts to assert on behalf of others are **DISMISSED**.

/s/George Z. Singal_____
U.S. District Judge

Dated this 9th day of January, 2017.