# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| SCOTT GAGNON, a/k/a MISSY GAGNON, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 2:16-cv-547-GZS ) |
| CORRECT CARE SOLUTIONS, | ) ) ) |
| Defendant | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 49) filed September 22, 2017, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 41) is **GRANTED** and, therefore, judgment is entered in favor of the Defendant.

                                                  /s/ George Z. Singal
                                                  United States District Judge

Dated this 19th day of October, 2017.